IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., Plaintiff, | Case No. 1:25-cv-11155 |
| v. | |
| BLOCK CLUB CHICAGO NFP d/b/a DNAINFO.COM, Defendant. | Hon. Franklin U. Valderrama |

**DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

NOW COMES Defendant BLOCK CLUB CHICAGO NFP d/b/a/ DNAINFO.COM ("Defendant"), by and through its attorneys, Wagenmaker & Oberly, PLLC, to move this court to dismiss Plaintiff Michael Grecco Productions, Inc.'s ("Plaintiff") Complaint (Dkt. 1) pursuant to Federal Rule of Civil Procedure 12(c), motion for judgment on the pleadings.

After pleadings are closed, a party may move for judgment on the pleadings if no material facts remain at issue and the parties' dispute can be resolved on both the pleadings and those facts of which the court can take judicial notice. As set forth in Defendant's accompanying memorandum in support of its Motion, Plaintiff's single claim of copyright infringement warrants dismissal based on Defendant's affirmative defenses of "fair use" (Dkt. 14, pp. 16-17) and statute of limitations. (*Id.* pp. 15-16.)

All criteria for granting a Rule 12(c) motion are satisfied here, and Plaintiff's claim should be dismissed WITH PREJUDICE.

Respectfully submitted,

By: /s/ Clyde A. Taylor
________________________________
Clyde Taylor

Clyde Taylor, ARDC # 6333452
Attorneys for Defendant BLOCK CLUB
CHICAGO NFP d/b/a DNAINFO.COM
Wagenmaker & Oberly, PLLC
53 W. Jackson Blvd., Ste 1734
Chicago, IL 60604
Phone: 312-626-1600
Fax: 312-626-1610
clyde@wagennmakerlaw.com