# EXHIBIT 1

FORM **NFP 110.30** (rev. Dec. 2003)
**ARTICLES OF AMENDMENT**
General Not For Profit Corporation Act

Jesse White, Secretary of State
Department of Business Services
501 S. Second St., Rm. 350
Springfield, IL 62756
217-782-1832
www.cyberdriveillinois.com

CD0118542

**FILED**
OCT 26 2018
JESSE WHITE
SECRETARY OF STATE

FILE #: 71526496
MAJ
FEE: $25.00

File # 7152-649-6 Filing Fee: $25 Approved: ________

---- **Submit in duplicate** ---- **Type or Print clearly in black ink** ---- **Do not write above this line** ----

1. Corporate Name **(See Note 1 on back.)**: Block Club Chicago NFP

2. Manner of Adoption of Amendment:
The following amendment to the Articles of Incorporation was adopted on October 22, 2018 (Month, Day & Year) in the manner indicated below (check one only):

- ☐ By affirmative vote of a majority of the directors in office, at a meeting of the board of directors, in accordance with Section 110.15. **(See Note 2 on back.)**
- ☑ By written consent, signed by all the directors in office, in compliance with Sections 110.15 and 108.45. **(See Note 3 on back.)**
- ☐ By members at a meeting of members entitled to vote by the affirmative vote of the members having not less than the minimum number of votes necessary to adopt such amendment, as provided by this Act, the Articles of Incorporation or the bylaws, in accordance with Section 110.20. **(See Note 4 on back.)**
- ☐ By written consent signed by members entitled to vote having not less than the minimum number of votes necessary to adopt such amendment, as provided by this Act, the Articles of Incorporation, or the bylaws, in compliance with Sections 107.10 and 110.20. **(See Note 5 on back.)**

3. Text of Amendment:
(a.) When an amendment effects a name change, insert the new corporate name below. Use 3(b.) below for all other amendments. *Article 1: The Name of the Corporation is:

________________________________
New Name

(b.) All amendments other than name change.
If the amendment affects the corporate purpose, the amended purpose is required to be set forth in its entirety. If there is not sufficient space to add the full text of the amendment, attach additional sheets of this size.

The corporate purpose in Article 4 and Article 5 in its entirety contained in the Articles of Incorporation filed with the Secretary of State on January 2, 2018 are hereby deleted and replaced with the corporate purpose in Article 4 and Article 5 contained in the attached Exhibit A.



WD
TCLV

4. The undersigned Corporation has caused these Articles to be signed by a duly authorized officer who affirms, under penalties of perjury, that the facts stated herein are true and correct.

**All signatures must be in BLACK INK.**

Dated October 22, 2018 — Block Club Chicago, NFP
Month & Day — Year — Exact Name of Corporation

Any Authorized Officer's Signature

Shamus Toomey
Name and Title (type or print)

5. If there are no duly authorized officers, the persons designated under Section 101.10(b)(2) must sign below and print name and title.

The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

Dated ______________, ____
Month & Day — Year

| | |
|---|---|
| Signature | Name and Title (print) |
| Signature | Name and Title (print) |
| Signature | Name and Title (print) |
| Signature | Name and Title (print) |

## NOTES

1. State the true and exact corporate name as it appears on the records of the Secretary of State BEFORE any amendment herein is reported.
2. Directors may adopt amendments without member approval only when the corporation has no members, or no members entitled to vote pursuant to §110.15.
3. Director approval may be:
   a. by vote at a director's meeting (either annual or special), or
   b. by consent, in writing, without a meeting.
4. All amendments not adopted under Sec. 110.15 require that:
   a. the board of directors adopt a resolution setting forth the proposed amendment, and
   b. the members approve the amendment.

   Member approval may be:
   a. by vote at a members meeting (either annual or special), or
   b. by consent, in writing, without a meeting.

   To be adopted, the amendment must receive the affirmative vote or consent of the holders of at least two-thirds of the outstanding members entitled to vote on the amendment (but if class voting applies, also at least a two-thirds vote within each class is required).

   The Articles of Incorporation may supersede the two-thirds vote requirement by specifying any smaller or larger vote requirement not less than a majority of the outstanding votes of such members entitled to vote, and not less than a majority within each class when class voting applies. (Sec. 110.20)
5. When member approval is by written consent, all members must be given notice of the proposed amendment at least five days before the consent is signed. If the amendment is adopted, members who have not signed the consent must be promptly notified of the passage of the amendment. (Sec. 107.10 & 110.20)

Printed by authority of the State of Illinois. December 2011 - 2.5M - C 130.17

**EXHIBIT A**
**ADDENDUM TO ARTICLES OF AMENDMENT OF**
**BLOCK CLUB CHICAGO, NFP**

**Article 4. Purposes**

Block Club Chicago, NFP ("Corporation") is organized and operated exclusively for educational purposes in accordance with Section 501(c)(3) of the Internal Revenue Code. More specifically, the Corporation is organized to operate an educational news site devoted to researching and disseminating essential reports, stories, and cultural information specific to Chicago's diverse neighborhoods in order to help Chicago citizens and the broader public be better informed and knowledgeable of neighborhood-specific issues in their communities.

**Article 5. Limitations of Corporate Authority**

1. The Corporation, being organized exclusively for educational purposes, may make distributions to organizations and individuals in furtherance of its corporate purposes and in accordance with Section 501(c)(3) of the Code. Under no circumstances shall the Corporation make any distributions that are inconsistent with its purpose statement above.

2. No part of the net earnings of the Corporation shall inure to the benefit of, or be distributable to its directors, officers, or other private persons, except that the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth above.

3. No substantial part of the activities of the Corporation shall be to attempt to influence legislation by propaganda or otherwise, and the Corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of (or in opposition to) any candidate for public office.

4. Notwithstanding any other provision of these articles, the Corporation shall not carry on any other activities not permitted to be carried on (1) by a corporation exempt from federal income tax under Section 501(c)(3) of the Code or (2) by a corporation, contributions to which are deductible under Section 170(c)(2) of the Code.

5. Upon dissolution of the Corporation, the Board of Directors shall, after paying or making provision for the payment of all of the liabilities of the Corporation, dispose of all of the assets of the Corporation, exclusively for the purposes of the Corporation in such manner, or to such organization(s) organized and operated exclusively for educational purposes as shall at the time qualify as an exempt organization(s) under Section 501(c)(3) of the Code, as the Board of Directors shall determine. Any such assets not so disposed of shall be disposed of by the appropriate court of law of the county in which the principal office of the Corporation is then located, exclusively for such purposes or to such organization(s), as said court shall determine, which are organized and operated exclusively for exempt purposes.