IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

MICHAEL GRECCO
PRODUCTIONS, INC.,

Plaintiff,

v.

BLOCK CLUB
CHICAGO NFP d/b/a
DNAINFO.COM,

Defendant.

Case No. 1:25-cv-11155

Hon. Franklin U. Valderrama
Magistrate Judge Hon. Young Kim

**DEFENDANT'S MOTION TO STAY DISCOVERY**

NOW COMES Defendant BLOCK CLUB CHICAGO NFP d/b/a/ DNAINFO.COM ("Defendant" or "Block Club"), by and through its attorneys, to move this Court to stay discovery deadlines pending resolution of Defendant's Motion for Judgment on the Pleadings. In support of this Motion, Block Club states as follows:

1. The Parties served discovery requests on January 30, 2026.
2. Plaintiff Michael Grecco Production, Inc. ("Plaintiff") served twenty-one (21) requests to admit, twenty-six (26) requests for production of documents, and eleven (11) interrogatories.
3. Defendant served four (4) interrogatories and seven (7) requests for production of documents.
4. Defendant filed a Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) on February 5, 2026.

5. Plaintiff's Response to Defendant's Motion for Judgment on the Pleadings is due February 27, 2026, and Defendant's Reply is due March 13, 2026.
6. The Parties' responses to pending discovery requests are due February 27, 2026.
7. Block Club, a non-profit and tax-exempt corporation under 26 U.S.C. § 501(c)(3), seeks to avoid the substantial costs of responding to discovery in lieu of possible dismissal of the litigation through its Motion for Judgment on the Pleadings, resolution of which must be determined without consideration of documents and evidence produced through discovery.
8. Block Club therefore requests that discovery and other deadlines set by Magistrate Judge Kim's January 13, 2026, MINUTE Entry be stayed, pending resolution of its Motion for Judgment on the Pleadings.
9. If Defendant's Motion is DENIED, Block Club requests that responses to pending discovery requests be served no later than twenty-one (21) days after the date the Court issues an Order denying Defendant's Motion.
10. If Defendant's Motion is DENIED, Block Club further requests that the Parties be directed to prepare and file a proposed discovery schedule resetting the dates in Judge Kim's January 13, 2026, MINUTE Entry, for the Court's consideration.
11. On February 9, 2026, under-signed counsel for Block Club contacted Plaintiff's counsel suggesting that the Parties file a Joint Motion setting forth the above and seeking Plaintiff's counsel's concurrence.
12. After receiving no response, undersigned counsel again contacted Plaintiff's counsel on February 12, 2026, provided a draft of this Motion for Plaintiff's counsel's consideration, and requested feedback by 1:00 pm Central Time on February 13, 2026.

13. As of the time of filing this Motion, counsel for Plaintiff had not responded or indicated their position on the Motion.
14. Due to the upcoming federal holiday on February 16, 2026, and the current deadline for serving discovery responses of February 27, 2026, undersigned counsel filed this Motion on February 13, 2026, to allow time for the Court's consideration.

WHEREFORE, Block Club requests that the Court grant this Motion and enter the attached Order staying discovery pending resolution of Defendant's Motion for Judgment on the Pleadings.

Respectfully submitted,

By: Clyde A. Taylor
______________________________
Clyde Taylor

Clyde Taylor, ARDC # 6333452
Attorneys for Defendant BLOCK CLUB
CHICAGO NFP d/b/a DNAINFO.COM
Wagenmaker & Oberly, PLLC
53 W. Jackson Blvd., Ste 1734
Chicago, IL 60604
Phone: 312-626-1600
Fax: 312-626-1610
clyde@wagennmakerlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., | |
| Plaintiff, | Case No. 1:25-cv-11155 |
| v. | |
| BLOCK CLUB CHICAGO NFP d/b/a DNAINFO.COM, | Hon. Franklin U. Valderrama<br>Magistrate Judge Hon. Young Kim |
| Defendant. | |

**ORDER STAYING DISCOVERY**

This matter coming before the Court on the Defendant's Motion to Stay Discovery pending resolution of Defendant's Motion for Judgment on the Pleadings, due cause being shown, and the Court being in agreement:

1. Defendant's Motion is GRANTED.
2. Discovery and other deadlines in Magistrate Judge Kim's January 13, 2026, MINUTE Entry are stayed, pending resolution of Defendant's Motion for Judgment on the Pleadings.
3. If Defendant's Motion is DENIED, the Parties shall serve responses to pending discovery requests no later than twenty-one (21) days after the date the Court issues an Order denying Defendant's Motion.
4. Further, if Defendant's Motion is DENIED, the Parties will file a proposed discovery schedule resetting the dates in Judge Kim's January 13, 2026, MINUTE Entry, for the

Court's consideration, and do so no later than fourteen (14) days after the date the Court issues an Order denying Defendant's Motion.

ENTERED ON: ________________

__________________

Magistrate Judge Young Kim