**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Michael Grecco Productions, Inc.
Plaintiff,
v.
Block Club Chicago NFP
Defendant.

Case No.: 1:25−cv−11155
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 19, 2026:

MINUTE entry before the Honorable Young B. Kim: Motion hearing held. Plaintiff does not oppose the motion. As such, Defendant's motion to stay discovery [22] is granted. The unexpired deadlines in this court's January 13, 2026 scheduling order (R. 19) are stricken. This court will monitor the docket and enter a new schedule as needed. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.