**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Michael Grecco Productions, Inc.

Plaintiff(s),

v.

Block Club Chicago NFP

Defendant(s).

Case No. 1:25-cv-11155
Judge Franklin U. Valderrama

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☑ in favor of defendant(s) Block Club Chicago NFP
and against plaintiff(s) Michael Grecco Productions, Inc.

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: The Court grants Block Club's motion for judgment on the pleadings [20]. The dismissal is with prejudice, as Grecco did not request leave to amend or suggest how Grecco could cure the defects in its complaint. Civil case terminated.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☑ decided by Judge Franklin U. Valderrama on a motion to dismiss.

Date: 8/18/2026

Thomas G. Bruton, Clerk of Court

Jonathan Martinez , Deputy Clerk